No. 74–6345.   Lee *v.* United States.   C. A. 2d Cir. Certiorari denied.   Reported below: 509 F. 2d 645.

No. 74–6347.   Belle *v.* MacDoniels.   C. A. 8th Cir. Certiorari denied.

No. 74–6471.   Boruski *v.* General Accounting Office.   C. A. 2d Cir.   Certiorari denied.

No. 74–6621.   Reed *v.* Michigan.   Sup. Ct. Mich. Certiorari denied.   Reported below: 393 Mich. 342, 224 N. W. 2d 867.

No. 73–1176.   106 Forsyth Corp., dba Paris Theatre *v.* Bishop, Mayor of Athens, et al.   C. A. 5th Cir. Certiorari denied.   Mr. Justice Douglas took no part in the consideration or decision of this petition.   Reported below: 482 F. 2d 280.

No. 73–6973.   Bozeman *v.* United States.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Douglas took no part in the consideration or decision of this petition. Reported below: 495 F. 2d 508.

No. 73–7097.   Hall *v.* United States.   C. A. 5th Cir. Certiorari denied.   Mr. Justice Douglas took no part in the consideration or decision of this petition.   Reported below: 493 F. 2d 904.

No. 74–1015.   Intercounty Construction Corp. et al. *v.* Walter, Deputy Commissioner, Bureau of Employees' Compensation, U. S. Department of Labor, et al.   C. A. D. C. Cir.   Certiorari denied.   Mr. Justice Douglas took no part in the consideration or decision of this petition.   Reported below: 163 U. S. App. D. C. 147, 500 F. 2d 815.

No. 74–6241.   Analla *v.* United States.   C. A. 10th Cir.   Certiorari denied.   Mr. Justice Douglas took no part in the consideration or decision of this petition.